UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MERALY ROMERO RIVERA,**

    **Plaintiff,**

**v.**       Case No: 6:17-cv-2021-Orl-41KRS

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

               /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1), seeking judicial review under of the Commissioner of the Social Security Administration's ("Commissioner") decision denying social security disability benefits to Plaintiff. United States Magistrate Judge Karla R. Spaulding issued a Report and Recommendation (Doc. 16), recommending that the decision of the Commissioner be reversed pursuant to sentence four of 42 U.S.C. § 405(g) and that the matter be remanded for further proceedings. No objections have been filed, and the time to do so has passed.

After a *de novo* review of the record in this matter, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's decision in this case is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and **REMANDED** for further proceedings.

3. The Clerk is directed to enter judgment accordingly and close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 25, 2018.



Copies furnished to:

Counsel of Record