UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MERALY ROMERO RIVERA,**

    **Plaintiff,**

v.                                            Case No: 6:17-cv-2021-Orl-41KRS

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

                                                     /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion for Attorney's Fees (Doc. 19). United States Magistrate Judge Karla R. Spaulding issued a Report and Recommendation (Doc. 20), recommending that the motion be granted. After a *de novo* review, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Unopposed Motion for Attorney's Fees (Doc. 19) is **GRANTED**.

3. The Commissioner is ordered to pay Plaintiff attorney's fees in the amount of $3,389.08.

**DONE** and **ORDERED** in Orlando, Florida on April 2, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record